# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130372

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                           SC: 130372
                                           COA: 265953
RONALD BARNETT CHRISTIAN,            Saginaw CC: 97-014585-FH
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 2, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

d0424

                            Clerk